No. A–1012. MCKINNEY *v.* IDAHO. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

No. A–1025. LAWS, BY AND THROUGH LAWS, AS HIS NEXT FRIEND *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. A–1027. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* GILMORE. Application of the Attorney General of Missouri for an order to vacate the stay of execution of sentence of death entered by the United States District Court for the Eastern District of Missouri, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.